## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

| | |
|---|---|
| DANIEL E. OBERST and LISA D. OBERST, <br>       Plaintiffs, <br><br> vs. <br><br> SOUTH CENTRAL BANK, INC.; JPMORGAN CHASE BANK, N.A. d/b/a CHASE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; <br>       Defendants. | CASE NO. 1:17-cv-00106-GNS <br><br> **ELECTRONICALLY FILED** <br><br> Judge Greg N. Stivers |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY

      Plaintiffs Daniel E. Oberst and Lisa D. Oberst ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

      Respectfully submitted,

Date:  August 23, 2017

*s/ David W. Hemminger (with consent)*
David W. Hemminger, Esq.
Hemminger Law Offices, PSC
616 South Fifth Street
Louisville, KY 40202
Telephone: (502) 443-1060
Fax: (502) 589-3004
E-Mail: hemmingerlawoffice@gmail.com

*Counsel for Plaintiffs Daniel E. Oberst and Lisa D. Oberst*

Date:  August 23, 2017             *s/ William R. Brown*
                William R. Brown, Esq. (IN #26782-48)
                Schuckit & Associates, P.C.
                4545 Northwestern Drive
                Zionsville, IN  46077
                Telephone:  317-363-2400
                Fax:  317-363-2257
                E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **23rd day of August, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **23rd day of August, 2017**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*