# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| DANIEL E. OBERST, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-CV-106-GNS |
| | ) |
| SOUTH CENTRAL BANK, INC., et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT JPMORGAN CHASE BANK, N.A. ONLY

Plaintiffs Daniel E. Oberst and Lisa D. Oberst, by counsel, and Defendant Chase Bank USA, N.A. ("Chase") incorrectly sued herein as "JPMorgan Chase Bank, N.A. d/b/a Chase," by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause and claims against Chase only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Jordan M. White*
Gregory S. Berman
Jordan M. White
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898

*Counsel for Defendant Chase*

/s/ *David W. Hemminger* (w/ permission)
David W. Hemminger, Esq.
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/ *Jordan M. White*
                                      Jordan M. White

61665091.2