IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANIEL E. AND LISA D. OBERST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:17-cv-00106-GNS |
| ) | |
| SOUTH CENTRAL BANK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiffs, Daniel E. and Lisa D. Oberst, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear their/its own fees and costs.

This 28th day of September, 2017.

HEMMINGER LAW OFFICE, PSC

/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorneys for Plaintiffs*
*Daniel and Lisa Oberst*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

                                                */s/ David W. Hemminger*
                                                David W. Hemminger