IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DANIEL E. AND LISA D. OBERST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:17-cv-00106-GNS |
| | ) | |
| SOUTH CENTRAL BANK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiffs, Daniel E. and Lisa D. Oberst, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Experian Information Solutions, Inc. Each party shall bear their/its own fees and costs.

This 30th day of October, 2017.

HEMMINGER LAW OFFICE, PSC
/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorney for Plaintiffs*
*Daniel and Lisa Oberst*

*/s/ Margaret Jane Brannon (with permission)*
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, Kentucky 40507
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

 I hereby certify that on the 31st day of January, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ David W. Hemminger*
David W. Hemminger
